IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | | |
|---|---|---|
| **BETHEL BAPTIST CHURCH INC., PLAINVIEW, TEXAS** | § § § § | |
| *Plaintiff* | § § | **CIVIL ACTION NO. 5:19-CV-0071** |
| v. | § § § | |
| **CHURCH MUTUAL INSURANCE COMPANY** | § § § | |
| *Defendant* | | |

## PLAINTIFF'S NOTICE OF SETTLEMENT

**TO THE HONORABLE JUDGE OF SAID COURT:**

Plaintiff Bethel Baptist Church Inc., Plainview, Texas hereby submits this Notice of Settlement to advise the Court that the parties have agreed in principle to resolve all matters in controversy between them and to fully resolve this action. The parties contemplate that all performance of the terms required to finalize the settlement and file the dismissal of this action with prejudice will occur within thirty (30) days. Accordingly, Plaintiff respectfully requests that the Court stay this action for thirty (30) days while the settlement is finalized.

Respectfully submitted,

*/s/ Sean M. Patterson*
**McCLENNY MOSELEY & ASSOCIATES, PLLC**
James M. McClenny
State Bar No. 24091857
J. Zachary Moseley
State Bar No. 24092863
Sean Patterson
State Bar No. 24073546
516 Heights Blvd

Houston, Texas 77007
Principal Office No. 713-334-6121
Facsimile: 713-322-5953
james@mma-pllc.com
zach@mma-pllc.com
sean@mma-pllc.com
***Attorneys for Plaintiff***

**CERTIFICATE OF SERVICE**

I hereby certify that on October 15, 2020 a true and correct copy of the foregoing was served on all counsel of record, via the Court's electronic filing system or as indicated below, pursuant to Federal Rules of Civil Procedure 5(b), as follows:

**SHEINESS, GLOVER & GROSSMAN, L.L.P.**
Marc A. Sheiness
Texas Bar No. 18187500
Todd F. Newman
Texas Bar No. 24032906
4544 Post Oak Place Drive, Suite 270
Houston, Texas 77027
Telephone: (713) 374-7005
Fax: (713) 374-7049
msheiness@hou-law.com
tnewman@hou-law.com

／s／ *Sean M. Patterson*
Sean M. Patterson